**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Northern__ District of __Illinois__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    ___Sugar Hills, Inc.___

2. **All other names debtor used in the last 8 years**    ___Sugar Hills Bakery___
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    _20-4377659_ __ - __ __

4. **Debtor's address**

   **Principal place of business**
   Number __644 S. Main__ Street
   
   City __Algonquin   IL   60102__ State  ZIP Code
   
   ____McHenry____
   County

   **Mailing address, if different from principal place of business**
   Number _____ Street _____
   
   P.O. Box _____
   
   City _____ State _____ ZIP Code _____
   
   **Location of principal assets, if different from principal place of business**
   Number _____ Street _____
   
   City _____ State _____ ZIP Code _____

5. **Debtor's website (URL)**    www.sugarhillsbakery.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Sugar Hills, Inc**     Case number *(if known)* _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ✓ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _4_ _4_5_2_ _

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ✓ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ✓ No
   - ☐ Yes.  District _____  When ____/____/____  Case number _____
     MM / DD / YYYY
     District _____  When ____/____/____  Case number _____
     MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ✓ No
    - ☐ Yes.  Debtor _____  Relationship _____
      District _____  When ____/____/____
      MM / DD / YYYY
      Case number, if known _____

Debtor _Sugar Hills, Inc_    Case number (if known) _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number    Street

_____
City                                State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone ____312.450.4949____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  __Sugar Hills, Inc__
Name

Case number (if known)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 25 2018
              MM / DD / YYYY

X _[signature]_                     __Anna Majewski__
Signature of authorized representative of debtor    Printed name

Title __PRESIDENT__

**18. Signature of attorney**

X  /s/ Bradley S. Block                Date  June 25 2018
Signature of attorney for debtor                MM / DD / YYYY

__Brad Block__
Printed name

_____
Firm name

Number __707 Skokie Boulevard__   Suite 600
        Street

City __Northbrook__                State __IL__   ZIP Code __60062__

Contact phone __847.682 8577__    Email address __brad.block@bradblockaw.com__

Bar number __6195936__    State __IL__
            IL

**Sugar Hills Balance Sheet as of 05/31/18**

| | |
|---|---|
| Current ratio [A/B] | 0.59 |
| Quick ratio [(A-C)/B] | 0.47 |
| Cash ratio [D/B] | 0.00 |

Stated in 000s

**For the Period Ending [End Date]**

| | |
|---|---|
| Working capital [A-B] | $ |
| Debt-to-equity ratio [(G+H)/F] | -4.87 |
| Debt ratio [(G+H)/E] | 0.61 |

## ASSETS

| | | % of ASSETS |
|---|---:|---:|
| **Current assets** | | |
| Cash and cash equivalents [D] | 150 | 0.0% |
| Short-term investments | | 0.0% |
| Accounts receivable [I] | 151,031 | 20.8% |
| Inventories [C] | 40,000 | 5.5% |
| Deferred income taxes | | 0.0% |
| Prepaid expenses and other current assets | | 0.0% |
| Total current assets [A] | $ 191,181 | 26.4% |
| **Fixed assets** | | |
| Property, plant and equipment at cost | 1,034,230 | 142.6% |
| Less accumulated depreciation | 650,000 | 89.6% |
| Total fixed assets | $ 384,230 | 53.0% |
| **Other assets** | | |
| Long-term cash investments | | 0.0% |
| Equity investments | | 0.0% |
| Deferred income taxes | | 0.0% |
| Intangible Assets | 150,000 | 20.7% |
| Total other assets | $ 150,000 | 20.7% |
| Total assets [E] | $ 725,411 | 100.0% |

## LIABILITIES & OWNERS' EQUITY

| | |
|---|---:|
| **Current liabilities** | |
| Loans payable and current portion long-term debt [H] | 88,935 |
| Accounts payable and accrued expenses | 34,800 |
| Auto Loans | 50,295 |
| Accrued Payroll Taxes | 150,000 |
| Total current liabilities [B] | $ 324,030 |
| **Other liabilities** | |
| Long-term debt [G] | 355,744 |
| Rent Payable | 95,000 |
| Credit Cards | 42,000 |
| Deferred credits and other liabilities | |
| Total other liabilities | $ 492,744 |
| Total liabilities | $ 816,774 |
| Total owners' equity [F] | $ (91,363) |
| Total liabilities + owners' equity | $ 725,411 |

| |
|---:|
| (132,849,000) |
| |
| |

**% of ASSETS**

| |
|---:|
| |
| 12.3% |
| 4.8% |
| 6.9% |
| 20.7% |

| |
|---:|
| 44.7% |

| |
|---:|
| 49.0% |
| 13.1% |
| 5.8% |
| 0.0% |

| |
|---:|
| 67.9% |
| 112.6% |
| -12.6% |
| 100.0% |

## Profit and Loss Statement- Pro Forma
**Sugar Hills**

**06/19/18 - 06/25/18**  Stated in 000s

| Gross margin [L/J] | 25.0% |
|---|---|
| Return on sales [T/J] | 6.2% |

|  | Prior Period | Budget | Current Period | Current Period as % of Sales |
|---|---|---|---|---|
| **Cash on hand** | | | 3000 | |
| **Sales Revenue** | | | | |
| Product/Service 1 | | | | 0.0% |
| Product/Service 2 | | | | 0.0% |
| Product/Service 3 | | | | 0.0% |
| Product/Service 4 | | | | 0.0% |
| **Total Sales Revenue [J]** | 0 | 0 | 28,000 | 100.0% |
| **Cost of Sales** | | | | |
| Direct Labor | | | 14,089 | 50.3% |
| Payroll Taxes | | | 1,107 | 4.0% |
| Raw Materials | | | 5,500 | 19.6% |
| Packaging | | | 300 | 1.1% |
| **Total Cost of Sales [K]** | 0 | 0 | 20,996 | 75.0% |
| **Gross Profit [L=J-K]** | 0 | 0 | 7,004 | 25.0% |
| **Operating Expenses** | | | | |
| **Sales and Marketing** | | | | |
| Advertising | | | 900 | 3.2% |
| Direct marketing | | | | 0.0% |
| Other expenses (specify) | | | | 0.0% |
| Other expenses (specify) | | | | 0.0% |
| **Total Sales and Marketing Expenses [M]** | 0 | 0 | 900 | 3.2% |
| **Research and Development** | | | | |
| Technology licenses | | | | 0.0% |
| Patents | | | | 0.0% |
| Other expenses (specify) | | | | 0.0% |
| Other expenses (specify) | | | | 0.0% |
| **Total Research and Development Expenses [N]** | 0 | 0 | 0 | 0.0% |
| **General and Adminstrative** | | | | |
| Wages and salaries | | | 1,500 | 5.4% |
| Mercedes Benz Financial | | | 1,602 | 5.7% |
| Supplies | | | | 0.0% |
| Waste Removal | | | 940 | 3.4% |
| Rent | | | | 0.0% |
| Exterminator | | | 55 | 0.2% |
| Utilities- Electricity | | | 1,550 | 5.5% |
| Utilities - Gas | | | 900 | 3.2% |
| Insurance | | | | 0.0% |
| Repairs and maintenance | | | | 0.0% |
| Fuel | | | 500 | 1.8% |
| Internet & Telephone | | | 334 | 1.2% |
| **Total General and Adminstrative Expenses [O]** | 0 | 0 | 7,381 | 26.4% |
| **Total Operating Expenses [P=M+N+O]** | 0 | 0 | 8,281 | 29.6% |
| **Income from Operations [Q=L-P]** | 0 | 0 | -1,277 | -4.6% |
| **Other Income [R]** | | | | 0.0% |
| **Taxes** | | | | |
| Income taxes | | | | 0.0% |
| Payroll taxes | | | | 0.0% |
| Real estate taxes | | | | 0.0% |
| Other taxes (specify) | | | | 0.0% |
| Other taxes (specify) | | | | 0.0% |
| **Total Taxes [S]** | 0 | 0 | 0 | 0.0% |
| **Net Profit [T=Q+R-S]** | 0 | 0 | 1,723 | 6.2% |